UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| ROBERT Z. WHIPPLE III, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 3:21-CV-21-TAV-DCP |
| LAUREL COUNTY CORRECTIONAL CENTER, et al., | ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed contemporaneously with this order, the Clerk is **DIRECTED** to transfer this action to the Eastern District of Kentucky and to **CLOSE** this Court's file.

IT IS SO ORDERED.

ENTER:

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ John L. Medearis
CLERK OF COURT